NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER SHUKH,**

*Plaintiff-Appellant*

**v.**

**SEAGATE TECHNOLOGY, LLC, SEAGATE TECHNOLOGY, INC., SEAGATE TECHNOLOGY,**

*Defendants-Appellees*

**UNKNOWN OWNERS AND ASSIGNEES,**

*Defendant*

**SEAGATE TECHNOLOGY PLC,**

*Defendant-Appellee*

---

2015-1012

---

Appeal from the United States District Court for the District of Minnesota in No. 0:10-cv-00404-JRT-JJK, Judge John R. Tunheim.

---

Decided: October 2, 2015

---

CONSTANTINE JOHN GEKAS, Gekas Law Ltd., Chicago, IL, argued for plaintiff-appellant.

CHAD DROWN, Faegre Baker Daniels LLP, Minneapolis, MN, argued for defendants-appellees. Also represented by DAVID J.F. GROSS, CHARLES FEENEY KNAPP, ELIZABETH COWAN WRIGHT, AARON D. VAN OORT; CALVIN L. LITSEY, East Palo Alto, CA.

————————————

Before MOORE, WALLACH, and TARANTO, *Circuit Judges.*

PER CURIAM.

In light of our holding in *Shukh v. Seagate Technology, LLC*, Case No. 14-1406, vacating and remanding in part the district court's judgment on the merits against Alexander Shukh, we vacate and remand the district court's costs judgment.

**VACATED AND REMANDED**

COSTS

No costs.